NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5094

FRANK E. FISHER,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in 00-CV-740, Senior Judge Eric G. Bruggink.

ON MOTION

ORDER

Frank E. Fisher moves without opposition for the court to accept his nonconforming reply brief. Edward A. Zimmerman also moves to withdraw as counsel for Fisher.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to accept the nonconforming reply brief is granted and the reply brief is accepted for filing.

(2) The motion to withdraw is granted. If new counsel has not already done so, new counsel should enter an appearance within 30 days of the date of filing of this order.

FOR THE COURT

JAN 25 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 25 2010

JAN HORBALY
CLERK

cc:    Edward A. Zimmerman, Esq.
        Douglas K. Mickle, Esq.
        Charles E. Swift, Esq.

s20